UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARNOLD ROTH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 14-01946 (RCL) |
| ) | |
| SYRIAN ARAB REPUBLIC, et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS ARNOLD ROTH AND HAYA ELISHEVA ROTH, OF THEIR INDIVIDUAL CLAIMS ONLY

COMES NOW the Plaintiffs Arnold Roth and Haya Elishiva Roth by and through counsel and pursuant to Fed. R. of Civ. P. 41(a)(i) hereby files this Notice of Voluntary Dismissal without Prejudice **as to their individual claims only** against the Syrian Defendants in this matter. Arnold Roth is **not** dismissing the claims which he brings in his representative capacity as the legal representative of the Estate of Malka Chana Roth.[1]

Plaintiffs may voluntarily dismiss their individual claims against the Defendants without a Court Order as the Defendants have not answered the Complaint, nor filed for summary judgment in their favor. F.R.C.P. 41(a)(i).

Dated: May 30, 2018            Respectfully submitted,

                               HEIDEMAN NUDELMAN
                                & KALIK, P.C.
                               1146 19th Street, N.W., 5th Floor
                               Washington, DC 20036
                               Telephone:  202-463-1818
                               Telefax:    202-463-2999

---

[1] Arnold Roth, along with his wife Frimet Roth, serves as the legal representative of the Estate of Malka Chana Roth, having been named as the heirs of Malka Chana Roth pursuant to an Inheritance Certificate issued by the Registrar of Inheritance in Be'er Sheva, Israel.

By: _/s/Richard D. Heideman_____
   _/s/ Tracy Reichman Kalik_____

   Richard D. Heideman (No. 377462)
   Noel J. Nudelman (No. 449969)
   Tracy Reichman Kalik (No. 462055)