

**United States Department of State**

*Washington, D.C.   20520*

July 17, 2019

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Arnold Roth, et al. v. Syrian Arab Republic, et al., 1:14-cv-01946-RCL**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Memorandum Opinion, Order and Judgment, and Notice of Default Judgment to the Syrian Arab Republic and Syrian Air Force Intelligence pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

Because the United States does not have an Embassy in the Syrian Arab Republic, the Department of State is assisted by the Foreign Interests Section of the Embassy of the Czech Republic in Damascus in delivering these documents to the Syrian Ministry of Foreign Affairs. The documents were dated and delivered to the Ministry of Foreign Affairs of the Syrian Arab Republic on April 9, 2019 under cover of diplomatic notes Nos. 1207-1/2019 and 1208-1/2019. Certified copies of these diplomatic notes are enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs



RECEIVED
Mail Room
JUL 19 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc: Tracy Kalik
HEIDEMAN, NUDELMAN & KALIK, PC
1146 19th St. NW, Fifth Floor
Washington, DC 20036